IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VLADIMIR A. VASHCHUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0905 |
| | ) | Judge Trauger |
| DAVID BRAKE, Field Service Manager in | ) | Magistrate Judge Knowles |
| Nashville, and SECURITAS SECURITY | ) | |
| SERVICES U.S.A., INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On May 20, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 25), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant David Brake (Docket No. 9) is **GRANTED**, and defendant Brake is **DISMISSED** from this action with prejudice.

This case is returned to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 24th day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge