# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

VLADIMIR A. VASHCHUK,        )
)
      Plaintiff,          )
)
v.                             )      Civil No. 3:09-0905
)      Judge Trauger
SECURITAS SECURITY SERVICES U.S.A.,  )     Magistrate Judge Knowles
INC.,                         )
)
      Defendant.        )

## O R D E R

It is hereby **ORDERED** that this case is set for a bench trial beginning on June 21, 2011 at 9:00 a.m.  It is further **ORDERED** that the Magistrate Judge shall conduct the pretrial conference and enter a pretrial order.  He shall assist the plaintiff with the preparation of subpoenas, discuss exhibits, instructions and all other matters necessary for having the case prepared to be tried on the date set.

The Magistrate Judge has been managing this case.  If he considers it appropriate to appoint counsel to represent the plaintiff at trial, he should do so.

It is so **ORDERED**.

ENTER this 6th day of July 2010.

_____
ALETA A. TRAUGER
U.S. District Judge