IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VLADIMIR A. VASHCHUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0905 |
| | ) | Judge Trauger |
| SECURITAS SECURITY SERVICES U.S.A., | ) | Magistrate Judge Knowles |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On March 22, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 47), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss For Failure to Prosecute filed by defendant Securitas Security Services U.S.A., Inc. (Docket No. 37) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. The only other defendant having previously being dismissed from this case, the Clerk is ordered to **CLOSE** this file. The trial scheduled for June 21, 2011 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 18th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge